WILLIAM F KAETZ
CATHERINE KAETZ
437 Abbott Road
Paramus NJ 07652
201-753-1063
    Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

WILLIAM F KAETZ                      Case No.: 2:18-CV-14782-CCC-JBC
CATHERINE KAETZ
Plaintiffs

vs.

COURT OF COMMON PLEAS OF MONROE COUNTY
FORTY-THIRD JUDICIAL DISTRICT
COMMONWEALTH OF PENNSYLVANIA
610 MONROE STREET
STROUDSBURG PA 18360-2115
570-517-3009
Defendant

Hello Judge Claire C. Cecchi,

    I want to bring to your attention that the above captioned case is ripe for judgement, it has been over 180 days since an answer to your order was filed.

    There has been no opposition filed by the defendants and they were legitimately served.

    A default motion was filed.

    Your diligence in this matter is gratefully appreciated.

    Thank you.

WILLIAM F KAETZ
CATHERINE KAETZ
437 Abbott Road
Paramus NJ 07652
201-753-1063
Plaintiffs

**CERTIFIED MAIL**

700...

**UNITED STATES POSTAL SERVICE**

U.S. POSTAGE PAID
PM 1-Day
PARAMUS, NJ
07652
JAN 17, 20
AMOUNT
**$13.65**
R2304E105219-12

1020    07101

RETURN RECEIPT REQUESTED

X-RAYED

RECEIVED
JAN 21 2020
AT 8:30___M
WILLIAM T. WALSH, CLERK

**PRIORITY MAIL**
**UNITED STATES POSTAL SERVICE**
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: WILLIAM F. KAETZ
437 ABBOTT RD
PARAMUS, NJ 07652

TO: MARTIN LUTHER KING BUILDING
& U.S. COURTHOUSE
JUDGE CLAIRE C. CECCHI
50 WALNUT STREET
COURT ROOM: MLK 5B
NEWARK, NJ 07101

EP14
OD: 1
14

Label 228, July 2013