PRESS FIRMLY TO SEAL

7018 0360 0001 0471 7177






1024

07101

U.S.
PM 1
PARA
07652
OCT
AMOU

$
R2306



# UNITED STATES
## POSTAL SERVICE®

FROM:

# PRIORITY®
# MAIL

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only



XRAYED

To schedule free
Package Pickup,
scan the QR code.



USPS.COM/PICKUP



# PRIORITY®
## ★ MAIL ★

VISIT US A
ORDER FREE

FROM:   WILLIAM F KAETZ
        CATHERINE KAETZ
        437 Abbott Road
        Paramus NJ 07652

UNIT
POSTA

TO
Martin Luther King Building
& U.S. Courthouse
Attention Court Clerk
50 Walnut Street Room 401
Newark, NJ

Label 228, July 2013

FOR DOMESTIC AND INTER



EP14F Oct 2018
OD: 12 1/2 x 9 1/2

PS00001000014



This envelope is made from post-consumer waste. Please recycle - again.